**Michael Fuller, OSB No.093570**
Lead Trial Attorney for Estrella
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570

**Kelly D. Jones, OSB No. 074217**
Of Attorneys for Estrella
819 SE Morrison St., Suite 255
Portland, OR 97214
kellydonovanjones@gmail.com
Direct 503-847-4329

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **Jeremy Estrella,** a consumer residing in Washington County, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-00117-MO |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| **Convergent Outsourcing, Inc.,** a foreign corporation, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL** – Page 1 of 2

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Jeremy Estrella, hereby gives notice of voluntary dismissal of this action against Defendant, Convergent Outsourcing, Inc. Plaintiff's individual claims should be dismissed with prejudice and the claims of the putative class should be dismissed without prejudice.

July 6, 2018.

/s/ Kelly D. Jones
**KELLY D. JONES, OSB No. 074217**
Of Attorneys for Plaintiff Jeremy Estrella
Kelly D. Jones, Attorney at Law
819 SE Morrison St., Suite 255
Portland, Oregon 97214
TEL: (503) 847-4329
FAX: (503) 715-0524
E-MAIL: kellydonovanjones@gmail.com

**NOTICE OF VOLUNTARY DISMISSAL** – Page 2 of 2